UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| INNOVATIVE MANPOWER SOLUTIONS, L.L.C. | * CIVIL ACTION NO. 6:12-CV-01863 |
| | * |
| | * JUDGE RICHARD T. HAIK, SR. |
| VERSUS | * |
| | * MAG. JUDGE C. MICHAEL HILL |
| IRONMAN STAFFING, L.L.C. and THADDEUS PETE MARCELL, JR. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.1 DISCLOSURE STATEMENT

Ironman Staffing, L.L.C. does not have parent corporations or any publicly held corporations which own 10% or more of the stock in Ironman Staffing, L.L.C.

RESPECTFULLY SUBMITTED:

/S/ Stuart G. Richeson
THOMAS J. CORTAZZO, T.A.  (18174)
STUART G. RICHESON (23912)
BALDWIN HASPEL BURKE & MAYER, LLC
3600 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163
(504) 569-2900 Fax (504) 569-2099
E-mail:tcortazzo@bhbmlaw.com
sricheson@bhbmlaw.com

## CERTIFICATE

I hereby certify that the foregoing pleadings has been filed with the Clerk of Court on this 31st day of July, 2012 using the EM/ECF System and service of this filing will be sent to all counsel of record by the Court's electronic filing system.

/s/ Stuart G. Richeson

{B0585775.1}