UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| INNOVATIVE MANPOWER SOLUTIONS, LLC | CIVIL NO. 12-1863 |
| VERSUS | JUDGE RICHARD T. HAIK |
| IRONMAN STAFFING, LLC, ET AL | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED** that the Motion for Preliminary Injunction filed by Innovative Manpower Solutions, L.L.C. [rec. doc. 7] is **DENIED**.

Lafayette, Louisiana, this ___ day of March, 2012.

Richard T. Haik
United States District Judge